UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:03-cr-0135 (B/F) |
| | ) | |
| JAIME M. GWINN, | ) | |
| | ) | |
| Defendant. | ) | |


## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Amended Report and

Recommendation that Jaime M. Gwinn's supervised release be revoked, pursuant to Title 18 U.S.C.

§3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court

now approves and adopts the Report and Recommendation as the entry of the Court, and orders (a)

a sentence imposed of confinement of 1 day, and the Court finds the one day of incarceration has

been served; (b) after service of the one-day incarceration, the defendant will serve two years of

supervised release, the first three months of which he will be subject to home electronic monitoring.

His supervised release will be under the same conditions imposed at sentencing; (c) as a new

condition of supervised release, defendant will not consume any alcoholic beverages; (d) if not a

current condition of defendant's supervised release, he will undergo appropriate alcohol and drug

treatment and/or counseling, at the discretion of the United States Parole and Probation Office; and

(e) if not already a condition of his supervised release, defendant will be subject to search of his person, residence and vehicle by the United States Parole and Probation Office.

SO ORDERED this __24th__ day of January, 2011.

_____
Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana


Distribution:

Melanie Conour,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal